UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINH MY GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 25-cv-03489-SI<br><br>**ORDER DIRECTING FURTHER MEET AND CONFER REGARDING DISCOVERY** |

The Court has received defendant ARC Automotive's status report regarding its meet and confer efforts with plaintiff. The Court directs the parties to continue their efforts, including conferring with defendant BMW to determine whether BMW has information about which company manufactured the airbag inflator in plaintiff's car. The parties shall file a further status report by **October 3, 2025**.

**IT IS SO ORDERED**.

Dated: September 12, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge