UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINH MY GREEN,<br><br>        Plaintiff,<br><br>        v.<br><br>BMW OF NORTH AMERICA LLC, *et al.*,<br><br>        Defendants. | Case No.  25-cv-03489-SI<br><br>**ORDER REQUESTING REASSIGNMENT** |

The Court requests that the Clerk reassign this case.

**IT IS SO ORDERED**.

Dated: July 10, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California